IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
)
Travis Bardel Clark ) CASE NO. CR495-00123-001

## ORDER

On July 24, 2008, Defendant filed a Motion For Early Termination Of Supervised Release. The Court has carefully considered Defendant's Motion but does not believe early termination is appropriate at this time. Defendant was the leader of a large conspiracy responsible for distributing at least 72 kilograms of cocaine base and at least 5 kilograms of cocaine hydrochloride. If Defendant continues to abide by the conditions of supervised release, early termination may be considered at a future date. Accordingly, Defendant's Motion is **DENIED**.

SO ORDERED, this 10th day of October, 2008.

William T. Moore, Jr.
Chief Judge, U. S. District Court